**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERTO CARLOS JERONIMO HERNANDEZ,**<br>*Petitioner*,<br>v.<br>**J.L. JAMISON**, Warden, Federal Detention Center, Philadelphia; **JOHN E. RIFE**, Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office; **MARKWAYNE MULLIN**, Secretary of the Department of Homeland Security; and **TODD BLANCHE**, United States Attorney General,<br>*Respondents*. | **Civil No. 26-8112** |

**ORDER**

**AND NOW**, this 18th day of November, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Roberto Carlos Jeronimo Hernandez, and all corresponding briefing, it is hereby **ORDERED** as follows:

1. The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2. The Government shall **RELEASE** Jeronimo Hernandez from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on November 19, 2026.

**BY THE COURT:**



MARY KAY COSTELLO
United States District Judge